## Commonwealth *v.* Mancini, Appellant.

 Argued December 8, 1972.
*E. William Heuser,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Conviction affirmed and record remanded for resentence under The Controlled Substance, Drug, Device and Cosmetic Act of 1972, 35 P.S. §§780-101 ff. See *Commonwealth v. Simpson,* 222 Pa. Superior Ct. 296, 294 A. 2d 805 (1972).

## Commonwealth *v.* Marshall, Appellant.

Submitted December 8, 1972. *Theodore S. Danforth,* Public Defender, for appellant; *Ronald L. Buckwalter,* Assistant District Attorney, and *Henry J. Rutherford,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.